JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUILDERS BANK, an Illinois Corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ORELAND, LLC, a California Limited Liability Company; TIERRAVIEW, LLC, a California Limited Liability Company; RICHARD PAEK aka RICHARD J. PAEK, an individual,<br><br>　　　　　Defendants. | Case No. 2:14-06548 DDP (SHx)<br><br>**ORDER RE DISMISSAL**<br><br>Discovery Cutoff:　May 9, 2016<br>Motion Cutoff:　　July 25, 2016<br>Trial Date:　　　　January 31, 2017 |

1

1  Having considered the Stipulation for Dismissal with Prejudice filed by Plaintiff Builders Bank and Defendants Oreland, LLC, Tierraview, LLC and Richard Paek (collectively, the "Parties"), and good cause existing therefor;

**IT IS HEREBY ORDERED** that this matter shall be dismissed with prejudice in accordance with the terms of the settlement agreement executed between the Parties, with the Parties to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED:   September 30, 2016

_____
Honorable Dean D. Pregerson
U.S. District Court Judge